

FILED
CLERK, U.S. DISTRICT COURT
JUL 26 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GEU FLORES-ABARCA <br><br> Defendant. | Case No.: 2:11-MJ-01787 DUTY <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Arizona for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on 1) unknown background and bail resources

1  
2  
3  
4 and/or  
5  B. (X) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: 1) nature of current charge against defendant
10 2) criminal history of defendant
11  
12  
13  
14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16  
17 Dated: July 27, 2011
18  
19 *Carla M. Woehrle*
20 UNITES STATES MAGISTRATE JUDGE